60 F.3d 815
 Keystone Sanitation Company, Inc., Kenneth F. Noel, Anna M. Noel
v.
Arcata Graphics Fairfield, Inc., C & J Clark, America, Inc.,
Esab Group, Inc., Genlyte Group, Inc., Hanover Bronze and
Aluminum Foundry, Inc., Kemper Industries, Inc., R.H.
Sheppard, Inc., SKF USA Inc., Advanced Disposal Service,
Aero Oil Company, Agricultural Commodities, Inc., d/b/a or
f/d/b/a Agcom, Inc., Agway Petroleum, American National Can,
AMES Department Store, AMP Inc., Andgrow Fertilizer, Inc.
 NO. 95-7023
 United States Court of Appeals,
Third Circuit.
 May 12, 1995
 
 Appeal From: M.D.Pa., No. 93-1482,
 Rambo, J.
 
 
 1
 MANDAMUS DENIED.